RECEIVED
SDNY PRO SE OFFICE
2020 NOV -2 AM 10: 11

RECEIVED
SDNY PRO SE OFFICE
2020 NOV -2 AM 9: 59

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_YUONNE FROST_
Write the full name of each plaintiff.

\_\_\_\_CV\_\_\_\_
(Include case number if one has been assigned)

-against-

_N.A.S.A_

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

COMPLAINT

Do you want a jury trial?
☐ Yes ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒ Federal Question

☐ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

(1) ABUSE OF POWER

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
             (Plaintiff's name)

_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                  (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

*YVONNE*            *FROST*
First Name     Middle Initial     Last Name

*40 ANN STREET*
Street Address

*NEW YORK*     *NY*     *10038*
County, City     State     Zip Code

*NONE*          *yvonne.frost1@aol.com*
Telephone Number     Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: _____ N.A.S.A _____
First Name                Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City          State          Zip Code

Defendant 2: _____
First Name                Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City          State          Zip Code

Defendant 3: _____
First Name                Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City          State          Zip Code

Defendants 5:
Defendant 6:

Defendant 4: _____

    First Name          Last Name

    _____
    Current Job Title (or other identifying information)

    _____
    Current Work Address (or other address where defendant may be served)

    _____
    County, City    State    Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: New York City

Date(s) of occurrence: October 26th 2020

FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

    This special dish was prepared for awhile and was waiting for me to deliver. This NASA space probe current event comes out from a news-paper dated 10/22/20. See the exhibit.
    "You do not want to read hers first - Read mine" I said to NASA engineers/officials.
    I saw someone sent them a very long letter in reference to NASA space probe.
    I heard no secret NASA - you want a big portion of the chicken - You hear there is money/resources/wealth on Bennu - You want to come in - Nobody can come in - You cannot touch it/Bennu."
    "What is "her" real name?
No secrets. I heard "there are others".

I saw a liquid thrown out. It appeared to me NASA tried to leave a mark or put a seam on Bennu.

I next heard "not there - the other side". It was after I saw the liquid thrown out I heard the above.

The current event clipping informs us the probe/snatch-and-grab lasted six seconds. I saw Osiris-REx lost a finger i.e. a body part. I also heard "You ran out quickly this morning".

INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Decrease in vision, memory, hearing. Decline health and hygiene. Blurry eyes, temple pain, neck pain, chest pain. Blocked paths to housing + food. Oppression. Stalked, monitored. Traumatized. Overwhelm. Exposure to the elements. Swollen ankles. Rewarm dirty clothes. harrassed. UNCOMFORTABILITY. MENTAL PRESSURE

IV. RELIEF

State briefly what money damages or other relief you want the court to order.

I would like to ask the court to bring in private investigators to investigate.

I would like to ask the court to order the defendants [illegible] compensate me for creating hardships, stressors, and

I next heard "not everytime NASA would get it easy".

That was in reference to the specific Bennu probe and snatch-and-grab.

It appears to me Bennu is alive - has some type of veins and or blood vessels.

Name it and claim it - there are others.

N.A.S.A that's far from "bringing home a full measure of insights into the origins of the solar system from the surface of asteroid Bennu."

I am dissappointed in N.A.S.A. I am deeply hurt by all the lies. I do not feel I can trust NASA or NASA can be trusted anymore. You NASA have dissappointed the American people and broken their hearts. NASA you broke my heart with your secret and lies.

I followed and took interest in you NASA from a child. I felt as though someone took my favorite toy away. With an economy in shambles and COVID on the rise this dissappointing news depresses me more. With unemployment on the rise and world-wide strife and chaos this dissappointing news depresses me more.

I am holding you NASA accountable of secret and lies - lying to the American people and the world. I am holding NASA accountable of deceptive business practice. I am holding NASA accountable of misleading information. I am holding NASA accountable of breaking my already depressed heart.

Moving on.

As relief gave the house in New Jersey to the african young man who came out of car #6633 at 5:50am on 10/27/20.

He exited on the Flatbush/Barclay/Atlantic exit side.

He wore dirty jeans, navy blue bubble jacket and carried an orange and black bag-pack.

He handed me $10.00 and ran away not looking for anything in return.

Pay taxes on the house for two (2) years. Please gave him $50,000.00 also.

Another man passed by my nook and gave me $2.00 on 10/26/20 at 8:15pm and 8:25pm. Please gave him $10,000.00-

## U.S. NEWS

# Obama Hits Trail for His Former VP

BY KEN THOMAS
AND CATHERINE LUCEY

WASHINGTON—Former President Obama returned to the campaign trail Wednesday with a blistering critique of President Trump's handling of the coronavirus pandemic, while the president barnstormed the battleground state of North Carolina as he seeks a boost in the closing days of the race.

Mr. Obama made his first fall campaign appearances in Philadelphia, in one of the nation's top battleground states, where he urged voters to support Democratic nominee Joe Biden, his former vice president. Mr. Obama said the president had failed to deliver on the most basic responsibilities of the presidency: the health and safety of the nation.

"I get that this president wants full credit for the economy he inherited and zero blame for the pandemic that he ignored. But you know what, the job doesn't work that way," the former president said at a drive-in rally outside Citizens Bank Park. "Tweeting at the television doesn't fix things. Making stuff up doesn't make people's lives better. You've got to have a plan."

Referencing Mr. Trump's contraction of the coronavirus earlier this month, Mr. Obama said: "Donald Trump isn't suddenly going to protect all of us. He can't even take the basic steps to protect himself."

Mr. Trump, who has repeatedly criticized his predecessor and sought to undo his major policies, dismissed Mr. Obama's criticism during an evening rally in North Carolina, one of about a dozen key competitive states for both campaigns.

Before a massive outdoor crowd in Gastonia, Mr. Trump said, "There was nobody that campaigned harder for crooked Hillary Clinton," returning to a nickname he frequently used for his 2016 rival.

"He said, 'he will not be our president,' but before that he said, 'he will not run.' Then I ran," Mr. Trump said. "And he said, 'he will not get the nomination.' I got the nomination. And he said, 'he will not be our president' and I won.

"The only one more unhappy than Crooked Hillary that night was Barack Hussein Obama," Mr. Trump said.

During his more than hour-long remarks, he framed the race as a choice "between a Trump super recovery or a Biden super depression. It's between a Trump boom and a Biden lockdown."

Mr. Trump declared the coronavirus pandemic was "rounding a corner," as new cases are rising in the United States. He said that under Mr. Biden, "voters and MS-13 killers" would roam free, referring to the criminal gang. And he said Mr. Biden would raise people's taxes. Mr. Biden's tax hike plan would affect those making $400,000 and above.

Mr. Trump also continued his attacks on Mr. Biden's son Hunter and his international business dealings. Seeking to win support fr appealed to "Ar ble moms," pro schools.

The dueling current and form occupants cam Thursday's final less than two w before the elec was off the cam third straight



Former President Obama, campaigning in Philadelphia for Joe Biden, said the president.

# Week of Illness and Setbacks Shook Tru



ʙʏ MICHAEL C. BENDER
REBECCA BALLHAUS

ᵀON—In the days
debate Sept. 29

## U.S. NEWS

# NASA Captures a Scene From a World 200 Million Miles Away



After a delicate snatch-and-grab asteroid encounter 200 million miles from Earth, NASA mission engineers worked Wednesday to ensure their Osiris-REx space probe brings home a full measure of insights into the origins of the solar system from the surface of an asteroid named Bennu. The first few images of the encounter showed the robotic arm brushing the asteroid's surface for about six seconds or so on Tuesday.

—Robert Lee Hotz

pain and suffering. Compensate me for putting a stressor in my life and making me more depress. NASA have added extra stress on my medical pre-existing health condition. NASA is putting me faster in a grave.

I would like to ask the court/committee any other relief that seem fit please apply.

Please gave to my Bishop all keys. The kids and I are waiting to move it. I miss all my children - I love all. Please unite us. Forward all compensation to my Bishop.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 10/29/20

Plaintiff's Signature: Yvonne Frost

First Name: Yvonne
Middle Initial:
Last Name: Frost

Street Address: 40 Ann Street

County, City: New York
State: NY
Zip Code: 10038

Telephone Number: NONE
Email Address (if available): Yvonne-Frost1@aol.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes  ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7

Yvonne Frost
40 Ann Street
New York NY 10038

RECEIVED
SDNY PRO SE OFFICE
2020 NOV -2 AM 9:59

UNITED STATES SD COURT
COURT OF APPEALS
40 CENTRE STREET
NEW YORK NY 10007

RECEIVED
SDNY PRO SE OFFICE
2020 NOV -2 AM 10:11